USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA for the use
and benefit of FIVE STAR ELECTRIC CORP.,

        Plaintiff,

        -v-

LIBERTY MUTUAL INSURANCE
COMPANY and CAULDWELL-WINGATE
COMPANY LLC,

        Defendants.
---------------------------------------------------------------X

**ORDER**

15-CV-4961 (LTS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    Due to a change in the Court's schedule, the status conference scheduled for 10:00 a.m. on October 23, 2020 is hereby rescheduled for **10:00 a.m. on October 30, 2020.**

    **SO ORDERED.**

Dated: August 26, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge